# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HODGES, GEORGE R. | U.S. BANKRUPTCY COURT | 06/30/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| JUDGE, RETIRED/RECALLED | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

UNITED STATES COURTHOUSE
401 WEST TRADE STREET
CHARLOTTE, NC 28202

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Inter Vivos Life Insurance Trust 11/22/89 (no reportable assets) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **HODGES, GEORGE R.** | 06/30/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **HODGES, GEORGE R.** | 06/30/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Nationwide Ins. Co. | Triangle Properties Assoc. LLC secured by shopping center in Hickory, NC | P1 |
| 2. Nationwide Ins. Co. | Note by JM Wallace Land Co. secured by shopping center in Iredell County, NC | P1 |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. INDIVIDUAL ASSETS (H) | | | | | | | | | |
| 2. BB&T (cash) | A | Interest | N | T | | | | | |
| 3. JOHN HANCOCK WHOLE LIFE INSURANCE POLICY | | None | M | T | | | | | |
| 4. NY LIFE FIXED ANNUITY | D | Interest | M | T | | | | | |
| 5. JM WALLACE PROPERTY INVESTMENTS, LLC | | None | P1 | U | | | | | |
| 6. TRIANGLE PROPERTIES ASSOC., LLC | G | Distribution | N | U | | | | | |
| 7. J.M. WALLACE LAND CO., LLC | G | Distribution | N | U | | | | | |
| 8. THE MASON WALLACE CO., LLC | G | Distribution | N | U | | | | | |
| 9. EAST MECKLENBURG CO. | G | Distribution | O | U | | | | | |
| 10. INDIAN LAND, SC INVESTMENT REAL ESTATE | | None | N | W | | | | | |
| 11. IRA #1 (H) | | | | | | | | | |
| 12. IRA - BB&T (cash) | A | Dividend | K | T | | | | | |
| 13. BROKERAGE #1 (H) | | | | | | | | | |
| 14. BOA/ML BANK DEPOSIT (cash) | A | Interest | N | T | | | | | |
| 15. ALTRIA GROUP INC (MO) | C | Dividend | K | T | | | | | |
| 16. BERKSHIRE HATHAWAY B (BRKB) | | None | M | T | | | | | |
| 17. BRISTOL-MYERS SQUIBB CO (BMY) | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CISCO SYSTEMS INC COM (CSCO) | D | Dividend | M | T | | | | | |
| 19. COCA COLA COM (KO) | A | Dividend | K | T | | | | | |
| 20. CSX CORP (CSX) | B | Dividend | M | T | | | | | |
| 21. DUKE ENERGY CORP NEW (DUK) | A | Dividend | K | T | | | | | |
| 22. EMERSON ELEC CO (EMR) | B | Dividend | L | T | | | | | |
| 23. ENBRIDGE INC (ENB) | | None | | | Sold | 01/18/19 | L | | |
| 24. INTEL CORP (INTC) | B | Dividend | L | T | | | | | |
| 25. INTL BUSINESS MACHINES (IBM) | | None | | | Sold | 01/18/19 | K | | |
| 26. JOHNSON AND JOHNSON COM (JNJ) | C | Dividend | L | T | | | | | |
| 27. KINDER MORGAN INC. DEL (KMI) | | None | | | Sold | 01/18/19 | K | | |
| 28. LINCOLN NTL CORP IND NPV (LNC) | B | Dividend | L | T | | | | | |
| 29. MERCK AND CO INC (MRK) | D | Dividend | M | T | | | | | |
| 30. MICROSOFT CORP (MSFT) | D | Dividend | O | T | | | | | |
| 31. NUCOR CORPORATION (NUE) | B | Dividend | L | T | | | | | |
| 32. ORACLE CORP $0.01 DEL (ORCL) | B | Distribution | M | T | | | | | |
| 33. PHILIP MORRIS INTL INC (PM) | C | Dividend | L | T | | | | | |
| 34. SONOCO PRODUCTS CO (SON) | D | Dividend | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. UNITED TECHS CORP (UTX) | | None | | | Sold | 01/18/19 | K | | |
| 36. AMERICAN BALANCED FUND INC CL A (ABALX) | D | Dividend | M | T | | | | | |
| 37. AMERICAN FUNDAMENTAL INVESTORS INC CL A (ANCFX) | D | Dividend | M | T | | | | | |
| 38. FIRST EAGLE OVERSEAS FD CL A (SGOVX) | | None | | | Sold | 01/18/19 | L | | |
| 39. FIRST EAGLE GLOBAL FD CL A (SGENX) | | None | | | Sold | 01/18/19 | M | | |
| 40. JP MORGAN INCOME BUILDER FD CL C (JNBCX) | | None | | | Sold | 01/18/19 | L | | |
| 41. TRUST ACCT #5 (H) | | | | | | | | | |
| 42. MERRILL LYNCH BANK DEPOSIT PROGRAM (cash) | A | Interest | J | T | | | | | |
| 43. NC MPA NO 1 CATAWBA ELEC REV REF BDS A (658203X74) | A | Interest | | | Sold | 02/15/19 | J | A | |
| 44. CAPE FEAR PUB UTIL AUTH NC WTR & SWR SYS REV A (139391CN4) | | None | | | Sold | 02/26/19 | K | A | |
| 45. MINNESOTA ST GO STATE VAR PURP BDS SER A (6041294D5) | | None | K | T | Buy | 09/04/19 | K | | |
| 46. OREGON ST DPT ADMIN LOTTERY RV REV FEF BDS (68607VG90) | A | Interest | K | T | Buy | 06/10/19 | K | | |
| 47. MISSOURI ST HWYS & TRANS COMMN ST RD REV REF ST (60636WRG2) | A | Interest | K | T | Buy | 06/17/19 | K | | |
| 48. NORTH CAROLINA ST LTD OBLIG REF BDS SER C (65829QCC6) | A | Interest | K | T | Buy | 06/26/19 | K | | |
| 49. IOWA ST SPL OBLIG IJOB PROG SPL OBLIG REF BDS A (46257TDZ9) | A | Interest | K | T | Buy | 06/06/19 | K | | |
| 50. NEW YORK N Y GO BDS SER B (64966JPA8) | A | Interest | K | T | Buy | 07/17/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 51. TEXAS TRANSN COMMN ST HWY FD REV REF BDS (88283LIV9) | A | Interest | K | T | Buy | 06/10/19 | K | | |
| 52. NEW MEXICO FIN AUTH ST TRANSN REV REF BDS (64711RJU1) | A | Interest | K | T | Buy | 06/19/19 | K | | |
| 53. WASHINTON ST HEALTH CARE FACS AUTH REV REV (93978HNT8) | A | Interest | K | T | Buy | 06/19/19 | K | | |
| 54. KANSAS ST DEPT TRANSN HWY REV SER A RF (485424QC2) | A | Interest | | | Sold | 08/30/19 | K | A | |
| 55. MINNESOTA PUB FACS AUTH ST REVOLVING FD REV A (604115CG8) | A | Interest | K | T | Buy | 06/25/19 | K | | |
| 56. NEW YORK ST URBAN DEV CORP REV INC TAX A-1 (650035YX0) | A | Interest | K | T | | | | | |
| 57. TENNESSEE ST GO BDS A (880541VL8) | A | Interest | K | T | | | | | |
| 58. TALLAHASSEE FLA ENERGY SYS REV REF REV BDS (874476JJ4) | A | Interest | K | T | | | | | |
| 59. RALEIGH NC COMB ENTERPRISE SYS REV A RF (751100JK5) | A | Interest | K | T | | | | | |
| 60. UNIVERSITY TEX UNIV REVS REV FIN SYS BDS SER J (91514AGQ2) | A | Interest | K | T | | | | | |
| 61. SUSTAINABLE EGY UTIL INC DEL EGY EFFICIENCY REV (86932UAP0) | A | Interest | K | T | | | | | |
| 62. TEXAS ST GO MOBILITY FD REF BDS 2014 (882723NA3) | A | Interest | K | T | | | | | |
| 63. INDIANA FIN AUTH HOSP REV REV REF BDS SER A (45471APX4) | A | Interest | J | T | Buy | 07/30/19 | J | | |
| 64. NORTH CAROLINA CAP FACS FIN AGY EDL FACS REV RF (65818PKG3) | A | Interest | K | T | | | | | |
| 65. VIRGINIA CBA VA ED FCS REV 21T REF BDS SER E (92778VFF0) | A | Interest | K | T | | | | | |
| 66. WISCONSIN ST GO REF BDS SER 3 (97705MKP9) | A | Interest | K | T | | | | | |
| 67. NORTH CAROLINA ST LTD OBLIG SER B RF (65829QCX0) | A | Interest | | | Sold | 01/25/19 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 68. | UTAH ST GO BDS 2018 FEB18 (917542VG4) | A | Interest | | | Sold | 07/02/19 | K | B | |
| 69. | NORTHSIDE TEX INDPT SCH DIST ULTD TAX PSF GTD (66702RTK8) | A | Interest | K | T | | | | | |
| 70. | METROPOLITAN TRANSN AUTH N Y REV REV REF BDS B (59261AWZ6) | A | Interest | | | Sold | 06/06/19 | J | A | |
| 71. | WISCONSIN ST TRANSN REV REF BDS SER 2 (977123U48) | A | Interest | | | Sold | 06/26/19 | K | A | |
| 72. | OHIO ST HIGHER EDU GO BDS LT SER C NOV15 (677522HB3) | A | Interest | | | Sold | 06/17/19 | K | A | |
| 73. | MICHIGAN ST HOSP FIN AUTH REV REF BDS SER C (59465HUQ7) | A | Interest | | | Sold | 06/17/19 | K | B | |
| 74. | WASHINGTON ST GO REF BDS R SER D NOV14 (93974DKH0) | A | Interest | | | Sold | 06/17/19 | K | B | |
| 75. | CONNECTICUT ST SPL TAX OBLIG REV TRANSN SER A (207758XK4) | A | Interest | | | Sold | 06/25/19 | J | A | |
| 76. | NORTH CAROLINA CAP FACS FIN AGY EDL FACS REV (65818PKL2) | A | Interest | | | Buy | 05/22/19 | K | | |
| 77. | | | | | | Sold | 06/06/19 | K | A | |
| 78. | LOUISVILLE-JEFF KY MET GVT RV REV BDS NORTON A (54659LBP8) | A | Interest | | | Sold | 06/17/19 | J | A | |
| 79. | NEW JERSEY ST TPK AUTH TPK REV SER E (6461395T8) | A | Interest | | | Sold | 06/10/19 | K | A | |
| 80. | PHOENIX ARIZ CIVIC IMPT CORP ARPT REV JR LIEN D (71883MMR2) | A | Interest | | | Sold | 06/06/19 | J | A | |
| 81. | ILLINOIS ST TOLL HWY AUTH TOLL HIGHWAY REV A (452252LG2) | A | Interest | | | Sold | 06/06/19 | K | A | |
| 82. | IDAHO HSG & FIN ASSN GRANT & REV ANTIC A (45129WPM6) | | None | | | Buy | 05/01/19 | J | | |
| 83. | | | | | | Sold | 06/06/19 | J | A | |
| 84. | METROPOLITAN TRANSN AUTH N Y DEDICATED (59259N8D8) | A | Interest | J | T | Buy | 02/22/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. IRA #3 (H) | | | | | | | | | |
| 86. AMERICAN CAPITAL WLD FUND (CWGIX) | B | Interest | L | T | | | | | |
| 87. AMERICAN CAP INC. BKDR. (CAIBX) | B | Interest | K | T | Sold (part) | 12/05/19 | J | B | |
| 88. AMERICAN GROWTH FUND (AGTHX) | D | Interest | L | T | | | | | |
| 89. IRA #4 (H) | | | | | | | | | |
| 90. BANK OF AMERICA (cash) (X) | A | Interest | K | T | | | | | |
| 91. US TREASURY NOTE 1.375% (912828L65) | A | Interest | J | T | Buy | 09/09/19 | J | | |
| 92. US TREASURY NOTE 1.625% (912828WW6) | A | Interest | | | Redeemed | 07/31/19 | J | A | |
| 93. US TREASURY NOTE 1.625% JUN 30 (9128287A2) | A | Interest | J | T | Buy | 08/01/19 | J | | |
| 94. US TREASURY NOTE 2.125% (912828F21) | A | Interest | J | T | Sold (part) | 03/05/19 | J | | |
| 95. | | | | | Sold | 05/01/19 | J | A | |
| 96. US TREASURY NOTE 2.000% (912828SF8) | A | Interest | J | T | Buy | 01/10/19 | J | | |
| 97. US TREASURY NOTE 2.750% (9128283W8) | A | Interest | K | T | Buy (add'l) | 10/03/19 | J | | |
| 98. US TREASURY BOND 3.375% (912810RG5) | A | Interest | K | T | | | | | |
| 99. FHLMC GO 8635 03%2045 (3128MJV56) | A | Interest | J | T | Buy | 04/12/19 | J | | |
| 100. US TREASURY BOND 3.000% (912810RM2) | A | Interest | K | T | Buy (add'l) | 10/10/19 | J | | |
| 101. FHLMC GO 8741 03%2047 (3128MJZF0) | B | Interest | K | T | Buy (add'l) | 05/01/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102.  FHLMC G0 8776 04 50%2047 (3128MJ2J8) | A | Interest | J | T | | | | | |
| 103.  US TREASURY BOND 2.750% (912810RY6) | A | Interest | J | T | Buy | 05/02/19 | J | | |
| 104.  FNMA PMA3184 04 50%2047 (3141BCRE6) | A | Interest | J | T | Buy | 04/11/19 | J | | |
| 105.  FNMA PMA3238 03 50%2048 (31418CS47) | B | Interest | K | T | Sold (part) | 05/02/19 | K | | |
| 106.  FNMA PMA3239 04%2048 (31418CS54) | A | Interest | | | Sold | 01/09/19 | K | | |
| 107.  FNMA PMA3416 04 50%2048 (31418CYN8) | A | Interest | J | T | Buy | 07/15/19 | J | | |
| 108.  FNMA PMA3443 04%2048 (31418CZH0) | A | Interest | K | T | Buy | 05/09/19 | K | | |
| 109. | | | | | Buy (add'l) | 07/16/19 | J | | |
| 110.  FNMA PMA3444 04 50%2048 (31418CZJ6) | A | Interest | J | T | | | | | |
| 111.  FNMA PMA3592 04%2049 (31418C7G3) | A | Interest | J | T | Buy | 09/13/19 | J | | |
| 112.  FNMA PMA3594 05%2049 (3141BC7G3) | A | Interest | J | T | Buy | 01/14/19 | K | | |
| 113.  US TREASURY BOND 3.000% FEB 15 (912810SF6) | A | Interest | K | T | Buy | 05/02/19 | K | | |
| 114.  FNMA PMA3630 05%2049 (31418DA85) | A | Interest | J | T | Buy | 04/11/19 | J | | |
| 115.  FNMA PFM1147 05%2049 (3140X4HZ2) | A | Interest | J | T | Buy | 09/13/19 | J | | |
| 116.  FNMA PMA3685 03%2049 (31418DCX8) | A | Interest | J | T | Buy | 07/30/19 | J | | |
| 117.  FNMA PMA3692 03 50%2049 (31418DC67) | A | Interest | J | T | Buy | 07/15/19 | J | | |
| 118. | | | | | Buy (add'l) | 09/13/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119.  FNMA PMA3637 03 50%2049 (31418DBF8) | A | Interest | | | Buy | 04/11/19 | J | | |
| 120. | | | | | Sold | 05/08/19 | J | | |
| 121.  FNMA PMA3747 04 50%2049 (31418DEV0) | A | Interest | J | T | Buy | 09/13/19 | J | | |
| 122.  MCDONALD'S SER MTN 02.750% DEC 09 2020 (58013MEX8) | A | Interest | | | Sold | 03/05/19 | J | | |
| 123.  USD UNITED MEXICAN GMTN 3.500% JAN 21 2021 (91086QBD9) | A | Interest | | | Buy (add'l) | 04/15/19 | J | | |
| 124. | | | | | Redeemed | 09/03/19 | J | A | |
| 125.  VERIZON COMMUNICATIONS GLB 05.150% SEP 15 2023 (92343VBR4) | A | Interest | J | T | | | | | |
| 126.  JPMORGAN CHASE & CO GLB (46647PAX4) | A | Interest | J | T | Buy | 02/04/19 | J | | |
| 127.  COMCAST CORP COMPANY GURNT GLB (20030NCU3) | A | Interest | | | Buy | 03/13/19 | J | | |
| 128. | | | | | Sold | 10/02/19 | J | A | |
| 129.  BP CAPITAL MARKETS PLC COMPANY CUARANT GLB (05565QDF2) | A | Interest | | | Sold | 03/12/19 | J | | |
| 130.  GENERAL ELEC CAP CORP 05.875% JAN 14 2038 (36962G3P7) | A | Interest | J | T | Sold (part) | 10/09/19 | J | A | |
| 131.  ENTERPEISE PRODUCTS OPER COMP GUARNT (29379VAV5) | A | Interest | J | T | | | | | |
| 132.  MICROSOFT CORP GLB 03.700% AUG 08 2046 (594918BT0) | A | Interest | | | Sold | 04/30/19 | J | A | |
| 133.  CVS HEALTH CORP GLB (126650CZ1) | A | Interest | J | T | Buy | 03/08/19 | J | | |
| 134.  ABBVIE INC (ABBV) | A | Dividend | | | Sold (part) | 01/29/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 135. | | | | | Sold (part) | 02/04/19 | J | | |
| 136. | | | | | Sold | 07/31/19 | J | | |
| 137. ABBOTT LABS (ABT) | A | Dividend | J | T | Sold (part) | 02/07/19 | J | A | |
| 138. AIR PRODUCTS & CHEM (APD) | A | Dividend | J | T | Sold (part) | 07/11/19 | J | A | |
| 139. ALLERGAN PLC (AGN) | A | Dividend | K | T | Sold (part) | 12/11/19 | J | A | |
| 140. ALTRIA GROUP INC (MO) | B | Dividend | | | Sold (part) | 01/24/19 | J | | |
| 141. | | | | | Sold (part) | 09/09/19 | J | | |
| 142. | | | | | Sold | 09/19/19 | J | | |
| 143. AMC NETWORKS (AMCX) | | None | J | T | | | | | |
| 144. AMGEN INC (AMGN) | | None | J | T | Sold (part) | 02/07/19 | J | | |
| 145. | | | | | Sold (part) | 03/11/19 | J | | |
| 146. | | | | | Sold (part) | 03/12/19 | J | | |
| 147. | | | | | Sold (part) | 07/10/19 | J | | |
| 148. ANADARKO PETE CORP (APC) (Y) | | | | | | | | | |
| 149. AUTODESK INC (ADSK) | | None | J | T | Sold (part) | 12/11/19 | J | A | |
| 150. AUTOMATIC DATA PROCESSING (ADP) | | None | J | T | Buy (add'l) | 03/12/19 | J | | |
| 151. | | | | | Buy (add'l) | 11/13/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 152. BIOGEN INC (BIIB) | | None | K | T | Buy (add'l) | 08/23/19 | J | | |
| 153. | | | | | Sold (part) | 12/11/19 | J | | |
| 154. BROADCOM LTD (AVGO) | A | Dividend | K | T | Buy (add'l) | 05/22/19 | J | | |
| 155. | | | | | Buy (add'l) | 06/14/19 | J | | |
| 156. | | | | | Sold (part) | 12/11/19 | J | A | |
| 157. CHEVRON CORP (CVX) | A | Dividend | J | T | Buy (add'l) | 01/24/19 | J | | |
| 158. | | | | | Buy (add'l) | 02/04/19 | J | | |
| 159. CISCO SYSTEMS INC COM (CSCO) | A | Dividend | K | T | Sold (part) | 08/08/19 | J | B | |
| 160. CITRIX SYSTEMS INC (CTXS) | A | Dividend | J | T | | | | | |
| 161. COCA COLA COM (KO) | A | Dividend | J | T | Buy | 02/04/19 | J | | |
| 162. COMCAST CORP NEW CL A (CMCSA) | A | Dividend | K | T | Buy (add'l) | 01/29/19 | J | | |
| 163. | | | | | Buy (add'l) | 04/16/19 | J | | |
| 164. CREE INC (CREE) | | None | J | T | Buy (add'l) | 08/23/19 | J | | |
| 165. | | | | | Buy (add'l) | 10/31/19 | J | | |
| 166. CROWN CASTLE REIT INC (CCI) | A | Dividend | J | T | | | | | |
| 167. DARDEN RESTAURANTS INC (DRI) | A | Dividend | J | T | Buy | 09/06/19 | J | | |
| 168. | | | | | Buy (add'l) | 09/19/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 169. DISCOVERY COMMUNICATION (DISCA) (DISCA) | | None | J | T | | | | | |
| 170. DOLBY LABORATORIES (DLB) | A | Dividend | J | T | | | | | |
| 171. ELI LILLY (LLY) | A | Dividend | J | T | Buy (add'l) | 11/13/19 | J | | |
| 172. EVERSOURCE ENERGY COM (ES) (X) | A | Dividend | J | T | | | | | |
| 173. EXXON MOBIL CORP (XOM) | A | Dividend | J | T | | | | | |
| 174. FIREEYE INC (FEYE) | | None | J | T | Buy | 07/31/19 | J | | |
| 175. FLUOR CORP (FLR) | A | Dividend | J | T | | | | | |
| 176. FREEPORT MCMORAN (FCX) | A | Dividend | J | T | Buy (add'l) | 08/23/19 | J | | |
| 177. | | | | | Sold (part) | 12/11/19 | J | | |
| 178. GCI LIBERTY INC (GLIBA) | | None | J | T | | | | | |
| 179. HASBRO INC. (HAS) (Y) | | | | | | | | | |
| 180. HOME DEPOT (HD) | A | Dividend | K | T | | | | | |
| 181. HONEYWELL INTL (HON) | A | Dividend | K | T | | | | | |
| 182. HP INC (HPQ) | A | Dividend | | | Sold | 10/15/19 | J | | |
| 183. ILLINOIS TOOL WORKS (ITW) | A | Dividend | J | T | | | | | |
| 184. IMMUNOGEN INC (IMGN) (X) | | None | J | T | | | | | |
| 185. IONIS PHARMACEUTICALS (IONS) | | None | J | T | Buy (add'l) | 05/16/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 186.  JAPAN TABACCO (JAPAF) | A | Dividend | | | Sold | 01/04/19 | J | | |
| 187.  JOHNSON AND JOHNSON COM (JNJ) | A | Dividend | J | T | | | | | |
| 188.  JOHNSON CONTROLS (JCI) | A | Dividend | J | T | Sold (part) | 12/11/19 | J | A | |
| 189.  KONE OYJ (KNYJF) | | None | | | Sold | 01/03/19 | K | | |
| 190.  LIBERTY BROADBAND CORP (LBRDA) (X) | | None | J | T | | | | | |
| 191.  LIBERTY MEDIA CORP DEL SIRIUS XM (LSXMK) | | None | J | T | | | | | |
| 192.  LIONS GATE ENTERTAINMENT (LGFB) (X) | | None | J | T | | | | | |
| 193.  LOCKHEED MARTIN (LMT) | A | Dividend | K | T | | | | | |
| 194.  LOGMEIN INC (LOGM) (X) | A | Dividend | J | T | | | | | |
| 195.  LYONDELL BASELL IND (LYB) | A | Dividend | J | T | | | | | |
| 196.  L3HARRIS TECHNOLOGIES (LHX) | A | Dividend | J | T | Sold (part) | 11/20/19 | J | A | |
| 197. | | | | | Sold (part) | 12/11/19 | J | A | |
| 198.  MARSH & MCLENNAN COS INC (MMC) | B | Dividend | J | T | | | | | |
| 199.  MAXIM INTEFRATED (MXIM) | A | Dividend | J | T | | | | | |
| 200.  MCCORMICK & CO (MKC) | | None | | | Sold (part) | 01/29/19 | J | | |
| 201. | | | | | Sold | 02/04/19 | J | | |
| 202.  MCDONALDS CORP. (MCD) | A | Dividend | K | T | | | | | |

1 Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 203. MEDTRONIC PLC (MDT) | A | Dividend | K | T | | | | | |
| 204. MICROSOFT (MSFT) | A | Dividend | K | T | Buy (add'l) | 02/07/19 | J | | |
| 205. | | | | | Sold (part) | 05/16/19 | J | A | |
| 206. | | | | | Buy (add'l) | 06/06/19 | J | | |
| 207. | | | | | Sold (part) | 08/08/19 | J | A | |
| 208. | | | | | Sold (part) | 11/13/19 | J | A | |
| 209. MODELEZ INTL (MDLZ) | A | Dividend | J | T | Buy (add'l) | 05/16/19 | J | | |
| 210. | | | | | Buy (add'l) | 05/29/19 | J | | |
| 211. | | | | | Buy (add'l) | 08/08/19 | J | | |
| 212. | | | | | Buy (add'l) | 08/08/19 | J | | |
| 213. | | | | | Buy (add'l) | 10/03/19 | J | | |
| 214. NATIONAL OILWELL VARCO (NOV) | A | Dividend | J | T | Buy (add'l) | 08/23/19 | J | | |
| 215. NEXTRA ENERGY INC (NEE) | A | Dividend | K | T | Sold (part) | 10/03/19 | J | A | |
| 216. NOW INC (DNOW) | | None | J | T | | | | | |
| 217. NUANCE COMM (NUAN) | | None | J | T | | | | | |
| 218. NUCOR CORPORATION (NUE) | A | Dividend | J | T | Buy (add'l) | 08/23/19 | J | | |
| 219. OCCIDENTAL PETE CORP CAL (OXY) | A | Dividend | J | T | Buy | 08/23/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 220. ONEOK INC OKLAHOMA (OKE) | A | Dividend | J | T | Buy | 01/29/19 | J | | |
| 221. PAYCHEX INC. (PAYX) | A | Dividend | J | T | | | | | |
| 222. PENTAIR (PNR) | A | Dividend | J | T | | | | | |
| 223. PEPSICO INC (PEP) | A | Dividend | K | T | | | | | |
| 224. PFIZER INC (PFE) | A | Dividend | J | T | Buy<br>(add'l) | 07/10/19 | J | | |
| 225. | | | | | Sold<br>(part) | 11/13/19 | J | | |
| 226. PHILLIPS 66 (PSX) | A | Dividend | J | T | | | | | |
| 227. PROLOGIS INC (PLD) | A | Dividend | J | T | Buy | 06/20/19 | J | | |
| 228. QURATE RETAIL GROUP QVC (QRTEA) | | None | J | T | Buy<br>(add'l) | 08/23/19 | J | | |
| 229. REALTY INCM CRP MD (O) | A | Dividend | J | T | | | | | |
| 230. SEAGATE TECH PLC (STX) | A | Dividend | K | T | Sold<br>(part) | 12/11/19 | J | A | |
| 231. SEMPRA ENERGY (SRE) | A | Dividend | J | T | | | | | |
| 232. SIMON PROPERTY GROUP (SPG) | A | Dividend | J | T | Buy<br>(add'l) | 01/24/19 | J | | |
| 233. STARBUCKS CORP (SBUX) | A | Dividend | J | T | | | | | |
| 234. SYSCO CORPORATION (SYY) | A | Dividend | J | T | Buy | 05/29/19 | J | | |
| 235. | | | | | Buy<br>(add'l) | 06/07/19 | J | | |
| 236. | | | | | Buy<br>(add'l) | 07/31/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 237.   TE CONNECTIVITY LTD (TEL) | A | Dividend | J | T | | | | | |
| 238.   TEXAS INSTRUMENTS (TXN) | A | Dividend | K | T | Sold<br>(part) | 07/31/19 | J | A | |
| 239.   TRUIST FINL CORP (TFC) | | None | K | T | Buy | 12/11/19 | K | | |
| 240.   TWITTER INC (TWTR) | | None | K | T | Buy<br>(add'l) | 02/07/19 | J | | |
| 241. | | | | | Buy<br>(add'l) | 03/28/19 | J | | |
| 242. | | | | | Buy<br>(add'l) | 10/31/19 | J | | |
| 243.   UNITED HEALTH GROUP (UNH) | A | Dividend | K | T | Buy<br>(add'l) | 08/23/19 | J | | |
| 244. | | | | | Sold<br>(part) | 12/11/19 | J | A | |
| 245.   VALERO ENERGY CORP (VLO) | A | Dividend | J | T | | | | | |
| 246.   VERIZON COMMUN. (VZ) (Y) | | | | | | | | | |
| 247.   VERTEX PHARM INC (VRTX) | | None | J | T | Buy<br>(add'l) | 04/18/19 | J | | |
| 248. | | | | | Sold<br>(part) | 12/11/19 | J | A | |
| 249.   WEATHERFORD INTL (WFT) (Y) | | | | | | | | | |
| 250.   WEC ENERGY GROUP (WEC) | A | Dividend | J | T | Sold<br>(part) | 04/08/19 | J | A | |
| 251.   WILLIAMS COMPANIES (WMB) | A | Dividend | J | T | | | | | |
| 252.   WESTERN DIGITAL (WDC) | A | Dividend | J | T | Buy<br>(add'l) | 11/20/19 | J | | |
| 253. | | | | | Sold<br>(part) | 12/11/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 254. 3M (MMM) | A | Dividend | | | Sold<br>(part) | 05/02/19 | J | | |
| 255. | | | | | Buy<br>(add'l) | 05/29/19 | J | | |
| 256. | | | | | Sold<br>(part) | 06/06/19 | J | | |
| 257. | | | | | Sold<br>(part) | 06/13/19 | J | | |
| 258. | | | | | Sold | 06/14/19 | J | | |
| 259. FULLER & THALER BEHVRL SM CAP<br>EQ FD I (FTHSX) | A | Dividend | M | T | Sold<br>(part) | 11/20/19 | J | A | |
| 260. | | | | | Sold<br>(part) | 12/23/19 | J | B | |
| 261. | | | | | Sold<br>(part) | 12/31/19 | J | | |
| 262. ISHARES EDGE MSCI MIN VOL EAFE<br>(EFAV) | D | Dividend | M | T | Buy<br>(add'l) | 08/23/19 | J | | |
| 263. | | | | | Sold<br>(part) | 11/20/19 | J | A | |
| 264. ISHARES EDGE MSCI MIN VOL EMERG<br>MKTS (EEMV) | B | Dividend | L | T | Buy<br>(add'l) | 08/23/19 | J | | |
| 265. LORD ABBETT SHORT DURATION INC<br>FD F (LDLFX) | E | Dividend | N | T | Buy<br>(add'l) | 02/01/19 | K | | |
| 266. | | | | | Buy<br>(add'l) | 08/23/19 | J | | |
| 267. | | | | | Sold<br>(part) | 12/11/19 | J | A | |
| 268. | | | | | Buy<br>(add'l) | 12/31/19 | J | | |
| 269. NEUBERGER BERMAN INTL EQ FD I<br>(NBIIX) | C | Dividend | M | T | Sold<br>(part) | 11/20/19 | J | A | |
| 270. | | | | | Sold<br>(part) | 12/23/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 271. | | | | | Sold (part) | 12/31/19 | J | | |
| 272. T ROWE PRICE EMERG MKTS STOCK FD I (PRMSX) | A | Dividend | L | T | Sold (part) | 11/20/19 | J | A | |
| 273. | | | | | Sold (part) | 12/23/19 | J | A | |
| 274. | | | | | Sold (part) | 12/31/19 | J | | |
| 275. WESTERN ASSET SMASH SERIES C FUND (LMLCX) | C | Dividend | L | T | Buy (add'l) | 03/28/19 | J | | |
| 276. WESTERN ASSET SMASH SERIES M FUND (LMSMX) | D | Dividend | M | T | Buy (add'l) | 03/28/19 | J | | |
| 277. | | | | | Buy (add'l) | 07/26/19 | J | | |
| 278. TRUST ACCT #6 (H) | | | | | | | | | |
| 279. ML BANK DEPOSIT (cash) (X) | A | Interest | K | T | | | | | |
| 280. ABBOTT LABS (ABT) | A | Dividend | K | T | Buy | 01/18/19 | K | | |
| 281. | | | | | Sold (part) | 02/07/19 | J | A | |
| 282. ABBVIE INC (ABBV) | A | Dividend | | | Buy | 01/18/19 | K | | |
| 283. | | | | | Sold (part) | 01/29/19 | J | | |
| 284. | | | | | Sold (part) | 02/04/19 | J | | |
| 285. | | | | | Sold (part) | 04/16/19 | J | | |
| 286. | | | | | Sold | 07/31/19 | J | | |
| 287. AIR PRODUCTS & CHEM (APD) | A | Dividend | K | T | Buy | 01/18/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 288. | | | | | Sold<br>(part) | 07/11/19 | J | A | |
| 289.  ALTRIA GROUP INC (MO) | A | Dividend | | | Buy | 01/18/19 | J | | |
| 290. | | | | | Sold<br>(part) | 01/24/19 | J | | |
| 291. | | | | | Sold<br>(part) | 09/05/19 | J | | |
| 292. | | | | | Sold | 09/19/19 | J | | |
| 293.  AMGEN INC (AMGN) | A | Dividend | J | T | Buy | 01/18/19 | K | | |
| 294. | | | | | Sold<br>(part) | 02/07/19 | J | | |
| 295. | | | | | Sold<br>(part) | 03/11/19 | J | | |
| 296. | | | | | Sold<br>(part) | 03/12/19 | J | | |
| 297. | | | | | Sold<br>(part) | 05/16/19 | J | | |
| 298. | | | | | Sold<br>(part) | 07/10/19 | J | | |
| 299. | | | | | Sold<br>(part) | 07/11/19 | J | | |
| 300.  AUTOMATIC DATA PROCESSING<br>(ADP) | A | Dividend | K | T | Buy | 01/18/19 | J | | |
| 301. | | | | | Buy<br>(add'l) | 01/22/19 | J | | |
| 302. | | | | | Buy<br>(add'l) | 03/12/19 | J | | |
| 303. | | | | | Buy<br>(add'l) | 10/10/19 | J | | |
| 304. | | | | | Buy<br>(add'l) | 10/11/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 305. | | | | | Buy (add'l) | 11/13/19 | J | | |
| 306. | | | | | Buy (add'l) | 12/23/19 | J | | |
| 307. TRUIST FINL CORP (TFC) | A | Dividend | K | T | Buy | 01/18/19 | J | | |
| 308. BLACKROCK INC (BLK) | A | Dividend | K | T | Buy | 01/18/19 | J | | |
| 309. | | | | | Buy (add'l) | 06/06/19 | J | | |
| 310. | | | | | Buy (add'l) | 06/07/19 | J | | |
| 311. | | | | | Buy (add'l) | 07/10/19 | J | | |
| 312. BROADCOM LTD (AVGO) | A | Dividend | J | T | Buy | 01/18/19 | J | | |
| 313. | | | | | Buy (add'l) | 09/19/19 | J | | |
| 314. | | | | | Buy (add'l) | 12/23/19 | J | | |
| 315. CHEVRON CORP (CVX) | A | Dividend | K | T | Buy | 01/18/19 | J | | |
| 316. | | | | | Buy (add'l) | 01/24/19 | J | | |
| 317. | | | | | Buy (add'l) | 02/04/19 | J | | |
| 318. CISCO SYSTEMS INC COM (CSCO) | A | Dividend | K | T | Buy | 01/18/19 | K | | |
| 319. | | | | | Sold (part) | 07/08/19 | J | A | |
| 320. COCA COLA COM (KO) | A | Dividend | J | T | Buy | 02/04/19 | J | | |
| 321. | | | | | Buy (add'l) | 02/05/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 322. COMCAST CORP NEW CL A (CMCSA) | A | Dividend | J | T | Buy | 01/29/19 | J | | |
| 323. | | | | | Buy (add'l) | 02/07/19 | J | | |
| 324. | | | | | Buy (add'l) | 04/16/19 | J | | |
| 325. | | | | | Buy (add'l) | 06/13/19 | J | | |
| 326. CROWN CASTLE REIT INC (CCI) | A | Dividend | J | T | Buy | 01/18/19 | J | | |
| 327. DARDEN RESTAURANTS INC (DRI) (Y) | | | | | | | | | |
| 328. ELI LILLY (LLY) | A | Dividend | J | T | Buy | 01/18/19 | J | | |
| 329. | | | | | Buy (add'l) | 11/13/19 | J | | |
| 330. EVERSOURCE ENERGY COM (ES) | A | Dividend | J | T | Buy | 04/08/19 | J | | |
| 331. EXXON MOBIL CORP (XOM) | A | Dividend | | | Buy | 01/18/19 | J | | |
| 332. | | | | | Sold | 12/20/19 | J | | |
| 333. HASBRO INC. (HAS) | A | Dividend | | | Buy | 01/18/19 | J | | |
| 334. | | | | | Sold (part) | 02/22/19 | J | | |
| 335. | | | | | Sold | 03/14/19 | J | | |
| 336. HOME DEPOT (HD) | A | Dividend | K | T | Buy | 01/18/19 | K | | |
| 337. HONEYWELL INTL (HON) | A | Dividend | K | T | Buy | 01/18/19 | J | | |
| 338. HP INC (HPQ) | A | Dividend | | | Buy | 01/18/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 339. | | | | | Sold (part) | 10/10/19 | J | | |
| 340. | | | | | Sold (part) | 10/17/19 | J | | |
| 341. | | | | | Sold | 10/18/19 | J | | |
| 342. ILLINOIS TOOL WORKS (ITW) | A | Dividend | J | T | Buy | 01/18/19 | J | | |
| 343. JOHNSON AND JOHNSON COM (JNJ) | A | Dividend | K | T | Buy | 01/18/19 | K | | |
| 344. JPMORGAN CHASE & CO (JPM) | A | Dividend | K | T | Buy | 01/18/19 | K | | |
| 345. LOCKHEED MARTIN (LMT) | A | Dividend | K | T | Buy | 01/18/19 | K | | |
| 346. | | | | | Buy (add'l) | 05/02/19 | J | | |
| 347. LYONDELL BASELL IND (LYB) | A | Dividend | J | T | Buy | 01/18/19 | J | | |
| 348. MARSH & MCLENNAN COS INC (MMC) | A | Dividend | K | T | Buy | 01/18/19 | J | | |
| 349. MAXIM INTEGRATED (MXIM) | A | Dividend | J | T | Buy | 01/18/19 | J | | |
| 350. MC CORMICK NON VTG (MKC) | | None | | | Buy | 01/18/19 | J | | |
| 351. | | | | | Sold (part) | 01/29/19 | J | | |
| 352. | | | | | Sold | 02/04/19 | J | | |
| 353. MCDONALDS CORP. (MCD) | A | Dividend | K | T | Buy | 01/18/19 | J | | |
| 354. MEDTRONIC PLC (MDT) | A | Dividend | K | T | Buy | 01/18/19 | K | | |
| 355. MICROSOFT (MSFT) (X) | A | Dividend | K | T | Buy (add'l) | 01/18/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **HODGES, GEORGE R.** | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 356. | | | | | Sold<br>(part) | 06/06/19 | J | | |
| 357. | | | | | Sold<br>(part) | 05/16/19 | J | A | |
| 358. | | | | | Sold<br>(part) | 06/20/19 | J | A | |
| 359. | | | | | Sold<br>(part) | 08/08/19 | J | A | |
| 360. | | | | | Sold<br>(part) | 11/13/19 | J | A | |
| 361.  MODELEZ INTL (MDLZ) | A | Dividend | K | T | Buy | 01/18/19 | J | | |
| 362. | | | | | Buy<br>(add'l) | 02/07/19 | J | | |
| 363. | | | | | Buy<br>(add'l) | 05/16/19 | J | | |
| 364. | | | | | Buy<br>(add'l) | 08/08/19 | J | | |
| 365. | | | | | Buy<br>(add'l) | 08/09/19 | J | | |
| 366. | | | | | Buy<br>(add'l) | 10/03/19 | J | | |
| 367.  NEXTRA ENERGY INC (NEE) | A | Dividend | K | T | Buy | 01/18/19 | K | | |
| 368. | | | | | Sold<br>(part) | 10/03/19 | J | A | |
| 369.  ONEOK INC OKLAHOMA (OKE) | A | Dividend | J | T | Buy | 01/29/19 | J | | |
| 370.  PAYCHEX INC. (PAYX) | A | Dividend | K | T | Buy | 01/18/19 | K | | |
| 371. | | | | | Sold<br>(part) | 12/23/19 | J | A | |
| 372.  PEPSICO INC (PEP) | A | Dividend | K | T | Buy | 01/18/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 373. | | | | | Buy (add'l) | 10/17/19 | J | | |
| 374. PFIZER INC (PFE) | A | Dividend | | | Buy | 01/18/19 | K | | |
| 375. | | | | | Buy (add'l) | 07/10/19 | J | | |
| 376. | | | | | Sold (part) | 11/13/19 | J | | |
| 377. | | | | | Sold | 12/20/19 | K | | |
| 378. PHILLIPS 66 (PSX) | A | Dividend | J | T | Buy | 01/18/19 | J | | |
| 379. PNC FINCL SERVICES GROUP (PNC) | A | Dividend | J | T | Buy | 07/31/19 | J | | |
| 380. | | | | | Buy (add'l) | 09/05/19 | J | | |
| 381. | | | | | Buy (add'l) | 08/01/19 | J | | |
| 382. | | | | | Buy (add'l) | 09/19/19 | J | | |
| 383. PROLOGIS INC (PLD) | A | Dividend | J | T | Buy | 06/13/19 | J | | |
| 384. | | | | | Buy (add'l) | 06/14/19 | J | | |
| 385. | | | | | Buy (add'l) | 06/20/19 | J | | |
| 386. REALTY INCM CRP MD (O) | A | Dividend | J | T | Buy | 01/18/19 | J | | |
| 387. | | | | | Buy (add'l) | 02/04/19 | J | | |
| 388. | | | | | Buy (add'l) | 02/05/19 | J | | |
| 389. SEMPRA ENERGY (SRE) | A | Dividend | K | T | Buy | 01/18/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 390. SIMON PROPERTY GROUP (SPG) | A | Dividend | | | Buy | 01/18/19 | J | | |
| 391. | | | | | Buy<br>(add'l) | 01/24/19 | J | | |
| 392. | | | | | Buy<br>(add'l) | 01/25/19 | J | | |
| 393. | | | | | Sold | 12/20/19 | J | | |
| 394. STARBUCKS CORP (SBUX) | A | Dividend | K | T | Buy | 01/18/19 | K | | |
| 395. SYSCO CORPORATION (SYY) | A | Dividend | J | T | Buy | 05/29/19 | J | | |
| 396. | | | | | Buy<br>(add'l) | 06/07/19 | J | | |
| 397. | | | | | Buy<br>(add'l) | 06/10/19 | J | | |
| 398. | | | | | Buy<br>(add'l) | 07/31/19 | J | | |
| 399. TEXAS INSTRUMENTS (TXN) | A | Dividend | K | T | Buy | 01/18/19 | K | | |
| 400. | | | | | Sold<br>(part) | 07/31/19 | J | A | |
| 401. US BANCORP (USB) | A | Dividend | K | T | Buy | 01/18/19 | J | | |
| 402. | | | | | Buy<br>(add'l) | 05/16/19 | J | | |
| 403. | | | | | Buy<br>(add'l) | 05/29/19 | J | | |
| 404. | | | | | Sold<br>(part) | 07/31/19 | J | | |
| 405. VALERO ENERGY CORP (VLO) | A | Dividend | J | T | Buy | 01/18/19 | J | | |
| 406. VANGUARD DIVIDEND (VIG) | | None | L | T | Buy | 12/20/19 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 407.  WEC ENERGY GROUP (WEC) | A | Dividend | K | T | Buy | 01/18/19 | K | | |
| 408. | | | | | Sold<br>(part) | 04/08/19 | J | A | |
| 409.  WELLS FARGO & CO NEW DEL (WFC) | A | Dividend | J | T | Buy | 03/11/19 | J | | |
| 410. | | | | | Buy<br>(add'l) | 04/16/19 | J | | |
| 411.  WILLIAMS COMPANIES (WMB) | A | Dividend | | | Buy | 01/18/19 | J | | |
| 412. | | | | | Sold | 12/20/19 | J | | |
| 413.  3M COMPANY (MMM) | A | Dividend | | | Buy | 01/18/19 | K | | |
| 414. | | | | | Sold<br>(part) | 05/02/19 | J | | |
| 415. | | | | | Sold<br>(part) | 05/29/19 | J | | |
| 416. | | | | | Sold<br>(part) | 06/06/19 | J | | |
| 417. | | | | | Sold<br>(part) | 06/13/19 | J | | |
| 418. | | | | | Sold | 06/14/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 06/30/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Income is received from several closely held ▮▮▮▮ corporations including East Mecklenburg Corp. ("S" corporation), The Mason Wallace Co., LLC, J.M. Wallace Land Co., LLC, and Triangle Properties Associates, LLC, and real property owned in common. This is in the nature of investment income and is reported in Part VII. The corporations buy, sell and own real estate, but the stockholders do not control any of those decisions or assets individually.

The holdings reported at lines 2-10 and 12 of this report are neither owned nor controlled by the filer. Information regarding these items is reported to the best of the filer's knowledge, information, and belief.

L3HARRIS TECHNOLOGIES (LHX) was L3 TECHNOLOGIES (LLL).

TRUIST FINL CORP (TFC) was BB&T CORPORATION (BBT).

Part VII, lines 10-11 and 42-295 of the 2018 report became unreportable in this reporting cycle; there are no corresponding reportable transactions.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ GEORGE R. HODGES**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544